<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GETTY PETROLEUM MARKETING, INC.,  )
                                  )  Civil Action
          Plaintiff               )  No. 07-CV-340
                                  )
     vs.                          )
                                  )
SHIPLEY FUELS MARKETING, LLC,     )
                                  )
          Defendant               )
```

<u>O R D E R</u>

NOW, this 27th day of September, 2007, upon consideration of plaintiff's Motion for Preliminary Injunction filed February 2, 2007, together with Plaintiff's Brief in Support of Motion for Preliminary Injunction; upon consideration of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction, which memorandum was filed February 8, 2007; after hearing and closing arguments held February 12, 2007; upon consideration of the testimony, exhibits and oral stipulations presented at the hearing; upon consideration of Plaintiff's Proposed Findings of Fact and Conclusions of Law and Defendant's Proposed Findings of Fact and Conclusions of Law, each filed February 8, 2007; upon consideration of Defendant's Supplemental Proposed Findings of Fact and Conclusions of Law filed February 14, 2007; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that plaintiff's Motion for Preliminary Injunction is denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge